**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

SYLVESTER O. BARBEE                                                                                              PLAINTIFF
ADC #131311

v.                                    NO. 5:13CV00225-JLH-BD

ANGELIKA SMARJESSI, et al.                                                                              DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Sylvester O. Barbee's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Barbee's motion for summary judgment is DENIED. Document #37.

IT IS SO ORDERED this 7th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE