**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

SYLVESTER O. BARBEE
ADC #131311                                                                                              PLAINTIFF

V.                                    No. 5:13CV00225 JLH-BD

A. SMARJESSI, et al.                                                                              DEFENDANT

## ORDER

Sylvester Barbee has moved for summary judgment on the claims he raises in this lawsuit. The motion is duplicative of Barbee's previous summary judgment motion, which the Court denied. Documents #37, #47. Barbee has not presented any additional evidence to support the pending motion. Accordingly, the motion is DENIED for reasons stated in the order denying his previous motion for summary judgment. Document #48.

IT IS SO ORDERED this 19th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE