IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SYLVESTER O. BARBEE
ADC #131311                                                                                       PLAINTIFF

V.                                    No. 5:13CV00225 JLH-BD

ANGELIKA SMARJESSE, et al.                                                              DEFENDANTS

## ORDER

Mr. Barbee has moved for the Court to order the Defendants to provide additional documents and responses to several of his discovery requests. (Docket entry #63) Defendants have responded to the motion. (#64) Based on the responses provided by the Defendants, it appears that they have fully complied with the Federal Rules of Civil Procedure in responding to Mr. Barbee's discovery requests. Accordingly, Mr. Barbee's motion to compel (#63) is DENIED, this 24th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE